No. 469. MELISH ET AL. *v.* THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY TRINITY IN THE CITY OF BROOKLYN ET AL. Court of Appeals of New York. Certiorari denied. *Raphael H. Weissman* for petitioners. *Theodore Kiendl* and *William R. Meagher* for the Church of the Holy Trinity et al.; and *Jackson A. Dykman* for De Wolfe, respondents. ■■

No. 477. SMART *v.* WOODS, HOUSING EXPEDITER, ET AL. C. A. 6th Cir. Certiorari denied. *Stuart E. Fletcher* and *John W. Cowell* for petitioner. *Solicitor General Perlman, John R. Benney, Ed Dupree, Leon J. Libeu, Nathan Siegel* and *Walter A. Rochow* for respondents.

No. 501. HARTFORD ACCIDENT & INDEMNITY Co. *v.* CASALINO. Court of Appeals of New York. Certiorari denied. *William J. Junkerman* for petitioner. *Bernard A. Grossman* for respondent.

No. 218, Misc. MARKHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ■■

No. 237, Misc. TASHKOFF *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se. Harold R. Fatzer,* Attorney General of Kansas, and *Willis H. McQueary,* Assistant Attorney General, for respondent.

No. 259, Misc. PETILLO *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. ■■

No. 283, Misc. SMITH *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro*